UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. DNJ 2:09-MI-014-01 (KSH) |
| V. | : | NO. SDTX H-09-71M |
| EDUARDO ANTONIO FLORES CALLE, | : | ORDER |
| Defendant | : | |

It appearing that Cash Bail in the amount of One Thousand Dollars ($1,000.00) was posted and deposited into the Registry of the United States District Court for the District of New Jersey in the above-captioned matter on behalf of the Southern District of Texas pursuant to an Appearance Bond dated February 4, 2009.

It further appearing that bail deposited in the registry of this Court should be transferred to the Court where the charges are pending.

IT IS ON THIS 22 day of April, 2009,

ORDERED THAT the sum of ONE THOUSAND DOLLARS ($1,000.00) be transferred to the United States District Court for the Southern District of Texas, 1217 Bob Casey United States Courthouse, P.O. Box 61010, Houston, TX 77002-2600.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT